**UNITED STATES of America, Plaintiff–Appellee**

v.

**Julio Cesar Ortega GONZALES, also known as Julio Cesar Ortega, also known as Julio Ortega, also known as Julio Cesar Ortega–Gonzalez, also known as Julio Cesar Ortega–Gonzeles, Defendant–Appellant.**

No. 09–20809

Conference Calendar.

United States Court of Appeals, Fifth Circuit.

Oct. 26, 2010.

James Lee Turner, Assistant U.S. Attorney, U.S. Attorney's Office, Houston, TX, for Plaintiff–Appellee.

Andrew J. Williams, Kingwood, TX, for Defendant–Appellant.

Before SMITH, DENNIS, and CLEMENT, Circuit Judges.

PER CURIAM: *

The attorney appointed to represent Julio Cesar Ortega Gonzales (Ortega) has moved for leave to withdraw and has filed a brief in accordance with *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18

---

---

L.Ed.2d 493 (1967). Ortega has filed a response. Our independent review of the record, counsel's brief, and Ortega's response discloses no nonfrivolous issue for appeal. Accordingly, counsel's motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

---

the limited circumstances set forth in 5TH CIR. R. 47.5.4.

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be